# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0811

VERSUS

AQUENDIUS D. LANDRY                                **OCTOBER 26, 2020**

---

In Re:    Aquendius D. Landry, applying for supervisory writs,
          23rd Judicial District Court, Parish of Assumption,
          No. 06-182.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT